O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BARBARA J. DEDEN,                    ) NO. CV 12-7080-MAN
                                     )
            Plaintiff,               )
                                     ) JUDGMENT
      v.                             )
                                     )
CAROLYN W. COLVIN,[1]                )
Acting Commissioner of Social        )
Security,                            )
                                     )
            Defendant.               )
                                     )
_____)

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED:  November 26, 2013

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

_____

[1]      Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action.  (*See* Fed. R. Civ. P. 25(d).)