UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA DEDEN | ) | CASE NO.: CV 12 7080 MAN |
| | ) | |
| Plaintiff | ) | Order Awarding EAJA Fees |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN[1], Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice (EAJA) Fees, IT IS ORDERED that plaintiff shall be awarded attorney fees under EAJA in the amount of THIRTY-EIGHT HUNDRED

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DOLLARS and 00/cents ($3,800.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms of the above-referenced Stipulation.

DATED: March 10, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE